**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BW Industries Inc., | ) | Bk. No. 23-10844 (TMH) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Bitwise Industries, Inc., | ) | Bk. No. 23-10845 (TMH) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| BWRD, LLC, | ) | Bk. No. 23-10846 (TMH) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Alpha Works Technologies, LLC, | ) | Bk. No. 23-10847 (TMH) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Bruce's Bagels, Beverages, and Bites, LLC, | ) | Bk. No. 23-10848 (TMH) |
| | ) | |
| Debtor. | ) | |

**NOTICE THAT THE SECTION 341 MEETING**
**HAS BEEN RESCHEDULED**

PLEASE TAKE NOTICE that the Section 341 Meeting of Creditors, originally scheduled (for the above caption debtors) for August 3, 2023 at 10:00 a.m. has been rescheduled for

# JUNE 27, 2025 at 2:00 p.m. (EST)

The Section 341 Meeting for these cases will be held by zoom. Parties wishing to participate in the Section 341 meeting should use the following instructions:

Go to www.Zoom.us/join, Enter Meeting ID: 467 1761801, Passcode: 9581459359, OR to participate by phone only Call 1 (302) 375−8160

2

Or click the following link: Jeoffrey L. Burtch 341 Meeting Link

Additional information can be found on the Court's website at the following link: https://www.deb.uscourts.gov/virtual−§−341−meetings−creditors

|  | /s/Jeoffrey L. Burtch |
|---|---|
|  | JEOFFREY L. BURTCH, ESQ. |
|  | Chapter 7 Trustee |
|  | P. O. Box 549 |
|  | Wilmington, DE 19899 |
|  | (302) 472-7427 |
|  | jburtch@burtchtrustee.com |

DATED:  May 7, 2025